STATE OF NEW JERSEY v. NAPOLEAN WILLIAMS.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. IRVING ASHWOOD.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD D. MC ALLISTER.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICKEY DALE YOUNG.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY DEAN POSTON.

June 8, 1982.

Petition for certification denied.